**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:                                                                  CASE NO. 10-50033

POPE, BRIAN WAYNE
POPE, ANDREA MARIE                                    CHAPTER 7

           Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED**
**IN ACCORDANCE WITH 11 U.S.C. §347**

Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347 and F.R.B.P. 3009, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend-Unclaimed Funds |
|---|---|---|
| 2 | Coastal Elite<br>4129 Northshore Road<br>Lynn haven, FL 32444 | $25.07 |

DATED: September 15, 2011           /S/ Mary W. Colón
                                                         Mary W. Colón
                                                         Chapter 7 Trustee
                                                         P. O. Box 14596
                                                         Tallahassee, FL 32317
                                                         Telephone No.: (850) 241-0144
                                                         Facsimile:  (850) 702-0735
                                                         mcolon@7trustee.net

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing has been served Electronically, or by U.S. Mail upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Coastal Elite
4129 Northshore Road
Lynn Haven, FL 32444

Dated: 9/15/2011　　　　　　　　　　　　　/s/　　Mary W. Colón